# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| **PETER DUFFY** <br><br> *Plaintiff* <br><br> v. <br><br> **VERIZON WIRELESS SERVICES, LLC** <br><br> *Defendant* | Civil Action No. 2:25-cv-09024-AH-SK |

## AFFIDAVIT OF SERVICE

I, Joecelyn Ramos, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to VERIZON WIRELESS SERVICES, LLC in Los Angeles County, CA on October 15, 2025 at 11:48 am at 330 N Brand Blvd, Ste 700, Glendale, CA 91203-2336 by leaving the following documents with Gabriella Sanchez who as INTAKE_SPECIALIST at CT Corp is authorized by appointment or by law to receive service of process for VERIZON WIRELESS SERVICES, LLC.

SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT

Hispanic or Latino Female, est. age 25-34, glasses: Y, Brown hair, 120 lbs to 140 lbs, 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=34.1513445,-118.2546616667
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

<u>   Los Angeles County                    </u>,

<u>   CA       </u> on <u>   10/16/2025          </u>.

/s/ *Joecelyn Ramos*

Joecelyn Ramos - +1 (818) 356-6146
Registration No.: 201-911-2771
Registration County: Los Angeles County



Exhibit 1a)