Tanya L. Greene (Bar No. 267975)
tanya.greene@us.dlapiper.com
David B. Farkas (Bar No. 257137)
david.farkas@us.dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067
Tel: (310) 595-3123 | Fax: (310) 595-3323

Attorneys for Defendant
**VERIZON WIRELESS SERVICES, LLC**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER DUFFY, on behalf of himself and others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>VERIZON WIRELESS SERVICES, LLC,<br><br>　　　　　　Defendant. | Case No. 2:25-cv-09024<br><br>**VERIZON WIRELESS SERVICES, LLC'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT (Civ. L.R. 7.1-1; Fed. R. Civ. P. 7.1)** |

1  Pursuant to Civil L.R. 7-1.1, the undersigned, counsel of record for Verizon
2  Wireless Services, LLC certifies that no parties, other than the named parties, have a
3  pecuniary interest in the outcome of this case, except as provided below. These
4  representations are made to enable the Court to evaluate possible disqualification or
5  recusal.

6  Additionally, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the
7  undersigned certifies that Defendant Verizon Wireless Services, LLC is a limited
8  liability company whose sole member is Cellco Partnership.

9  Cellco Partnership has three members:

10    1.   Bell Atlantic Mobile Systems LLC, whose sole member is MCI
11    Communications Services LLC;

12    2.   GTE Wireless LLC, whose sole member is Verizon
13    Communications Inc.; and

14    3.   Verizon Americas LLC.

15  Verizon Wireless Services, LLC is further indirectly wholly owned by Verizon
16  Communications Inc., as are the other foregoing companies. Verizon
17  Communications Inc. is a publicly held company; based on filings with the Securities
18  and Exchange Commission, Blackrock, Inc. is the only publicly held company that
19  owns five percent or more of Verizon Communications Inc.

21  Dated: November 5, 2025          **DLA PIPER LLP (US)**

By: */s/ Tanya L. Greene*
    Tanya L. Greene
    David B. Farkas
    *Attorneys for Defendant*
    VERIZON WIRELESS SERVICES, LLC

2
VERIZON WIRELESS SERVICES, LLC'S NOTICE OF INTERESTED PARTIES AND
CORPORATE DISCLOSURE STATEMENT   CASE NO. 2:25-CV-09024

1625676816