1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Tanya L. Greene (Bar No. 267975)
tanya.greene@us.dlapiper.com
David B. Farkas (Bar No. 257137)
david.farkas@us.dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067
Tel: (310) 595-3123 | Fax: (310) 595-3323

Attorneys for Defendant
**VERIZON WIRELESS SERVICES, LLC**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

PETER DUFFY, on behalf of himself
and others similarly situated,

                    Plaintiff,

        v.

VERIZON WIRELESS SERVICES,
LLC,

                    Defendant.

Case No. 2:25-cv-09024

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

Complaint Served: October 15, 2025
Response Date: November 5, 2025
New Response Date: December 5, 2025

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN
30 DAYS (L.R. 8-3)        CASE NO. 2:25-CV-09024

1    Pursuant to Local Rule 8-3, Plaintiff Peter Duffy ("Plaintiff") and Defendant

2   Verizon Wireless Services, LLC ("Defendant" or "Verizon") hereby stipulate and

3   agree as follows:

4    WHEREAS, on September 22, 2025, Plaintiff filed a Class Action Complaint

5   in the above-captioned matter. Dkt. No. 1;

6    WHEREAS, Plaintiff served the Complaint on Verizon on October 15, 2025.

7    WHEREAS, pursuant to Fed. R. Civ. Proc. 12, Verizon's response to the

8   Complaint is currently due on November 5, 2025;

9    WHEREAS, Verizon has requested and Plaintiff has agreed to a 30-day

10   extension in light of the number and importance of issues raised by the Complaint;

11    NOW, THEREFORE, Plaintiffs and Verizon hereby stipulate that Verizon's

12   deadline to respond to the Complaint is extended until December 5, 2025.

13    **IT IS SO STIPULATED**.

14

15   Dated: November 5, 2025

By: */s/ Dana J. Oliver*
Dana J. Oliver
dana@danaoliverlaw.com
**OLIVER LAW CENTER, INC.**
8780 19th Street #559
Rancho Cucamonga, CA 91701
Tel.: (855) 384-3262
Fax: (888) 570-2021

**PARONICH LAW, P.C.**
Anthony I. Paronich
athony@paronichlaw.com
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100

*Attorneys for Plaintiff and the Proposed Class*

16

17

18

19

20

21

22

23

24

25

26

27

28

ACTIVE\1625677206

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DLA PIPER LLP (US)**


By: */s/ Tanya L. Greene*
    Tanya L. Greene
    tanya.greene@us.dlapiper.com
    David B. Farkas
    david.farkas@us.dlapiper.com
    **DLA PIPER LLP (US)**
    2000 Avenue of the Stars
    Suite 400, North Tower
    Los Angeles, CA 90067
    Tel: (310) 595-3123
    Fax: (310) 595-3323

    *Attorneys for Defendant Verizon*
    *Wireless Services, LLC*

3

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN
30 DAYS (L.R. 8-3)          CASE NO. 2:25-CV-09024

ACTIVE\1625677206

1   **ATTESTATION OF CONCURRENCE IN FILING (L.R. 5-4.4(a)(2)(i))**

2       I, David B. Farkas, am the ECF user whose ID and password are being used to

3   file the foregoing Stipulation. Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest

4   that all signatories listed above, and on whose behalf this filing is submitted, concur

5   in the filing's content and have authorized the filing.

6

7                                              */s/David B. Farkas*
                                                David B. Farkas

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

2
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN
30 DAYS (L.R. 8-3)      CASE NO. 2:25-CV-09024

ACTIVE\1625677206