Name and address:
Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PETER DUFFY, on behalf of himself and others similarly situated,

Plaintiff(s),

v.

VERIZON WIRELESS SERVICES, LLC

Defendant(s),

CASE NUMBER

2:25-cv-09024–AH–SK

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**
*PRO HAC VICE*

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Paronich, Anthony I.
*Applicant's Name (Last Name, First Name & Middle Initial)*                                                     check here if federal government attorney ☐

Paronich Law, P.C.
*Firm/Agency Name*

350 Lincoln Street                                                (617) 485-0018
Suite 2400                                                        *Telephone Number*                        *Fax Number*
*Street Address*

Hingham, MA 02043                                                 anthony@paronichlaw.com
*City, State, Zip Code*                                           *E-mail Address*

**I have been retained to represent the following parties:**

Peter Duffy                                                       ☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Other: _____
_____                                                        ☐ Plaintiff(s)   ☐ Defendant(s)   ☐ Other: _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Commonwealth of Massachusetts | 11/23/2010 | Yes |
| United States District Court Massachusetts | 01/25/2011 | Yes |
| USDC Eastern District of Michigan | 06/05/2014 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 8:23-cv-107 | Clough, II v. Highway Automotive Pros LLC | 1/2/2023 | Granted |
| 8:23-cv-01745 | Bronstin v. Vert Lake Elsinore | 9/20/2023 | Granted |
| 8:24-cv-00067 | Hudson-Bryant v. OCMBC Inc. | 1/12/2024 | Granted |
| 2:24-cv-08131 | Malloy v. Renovateworks Inc. | 09/24/2024 | Granted |
| 2:24-cv-03019 | Brennan v. DIRECTV, LLC et al | 4/17/2024 | Granted |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

I have never had any pro hac vice admissions revoked, and have only had one previously denied after an error resulted in filing a motion for pro hac vice admission when I already had previously filed for pro hac vice admission in that Court.

Please see Exhibit 3, Declaration of Anthony I. Paronich, for additional details relevant to L.R. 83-2.1.3.2(b)–(c).

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 11/26/2025

Anthony I. Paronich
Applicant's Name (please type or print)

*/s/ Anthony I. Paronich*
Applicant's Signature

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Oliver, Dana J.
*Designee's Name (Last Name, First Name & Middle Initial)*

OLIVER LAW CENTER, INC
*Firm/Agency Name*

8780 19th St. #559
*Street Address*

Rancho Cucamonga, CA 91701
*City, State, Zip Code*

(855) 384-3262
*Telephone Number*

(888) 570-2021
*Fax Number*

dana@danaoliverlaw.com
*Email Address*

291082
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated November 30, 2025

Dana J. Oliver
*Designee's Name (please type or print)*

*/s/ Dana J. Oliver*
*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Cont. Cases in which the applicant has applied to this Court for pro hac vice status in the previous three years

| Case No. | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:25-cv-01324-SPG-AJR | Ferrell v. Seed Beauty | 2/18/2025 | Granted |
| 2:25-cv-02714-JLS-JDE | Walker v. Fidelity Nat'l Information Svcs. | 4/11/2025 | Granted |
| 2:25-cv-03128-DSF-AS | Wyatt Buls v. DHTLA Motors LLC | 4/14/2025 | Granted |
| 5:25-cv-01161 | Aguirre v. Optum Health Plan of Cal. | 5/15/2025 | Granted |