Name and address:
Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER DUFFY, on behalf of himself and others similarly situated<br><br>Plaintiff(s)<br>v.<br>VERIZON WIRELESS SERVICES, LLC<br><br>Defendant(s). | CASE NUMBER<br>2:25-cv-09024–AH–SK<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Paronich, Anthony I.      of   Paronich Law, P.C.
*Applicant's Name (Last Name, First Name & Middle Initial)*   350 Lincoln Street, Suite 2400
(617) 485-0018               Hingham, MA 02043
*Telephone Number*    *Fax Number*

anthony@paronichlaw.com
*E-Mail Address*                 *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
PETER DUFFY

_____

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Oliver, Dana J.                of   OLIVER LAW CENTER, INC.
*Designee's Name (Last Name, First Name & Middle Initial)*   8780 19th Street #559
291082        855-384-3262       888-570-2021    Rancho Cucamonga, CA 91701
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

dana@danaoliverlaw.com
*E-Mail Address*                 *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____       _____
                                    **U.S. District Judge/U.S. Magistrate Judge**