# EXHIBIT 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER DUFFY, on behalf of himself and others similarly situated, | CASE NO. 2:25-CV-09024-AH-SK |
| Plaintiff, | **DECLARATION IN SUPPORT OF PRO HAC VICE APPLICATION** |
| v. | |
| VERIZON WIRELESS SERVICES, LLC, | |
| Defendant. | |

## DECLARATION IN SUPPORT OF PRO HAC VICE APPLICATION

I, Anthony I. Paronich, declare:

1. I am the applicant seeking admission pro hac vice in this matter. I am admitted to practice in the Commonwealth of Massachusetts and in the U.S. District Courts for the District of Massachusetts and the Eastern District of Michigan. I am not admitted to the California Bar.

2. I reside and maintain my law practice outside California. I do not reside in California and do not maintain any office, business address, or staff in California.

3. I am not regularly employed in the State of California.

4. I am not regularly engaged in business, professional, or other similar activities in California within the meaning of Local Rule 83-2.1.3.2(b)–(c). My practice is national in scope and focused on federal telemarketing/TCPA litigation on behalf of clients nationwide.

5. I have appeared pro hac vice in other matters in this District, as disclosed in my application. Those matters are case-specific and arise from a nationwide federal practice, including an increased number of claims involving California-based defendants and telemarketing activity directed to

- 2 -

plaintiffs across the country. These appearances do not reflect that I maintain a California-based practice or otherwise regularly conduct professional activities in California.

6.  I seek admission pro hac vice in this matter and will continue to associate with local counsel of record as required by Local Rule 83-2.1.3.4.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 26, 2025, at Hingham, Massachusetts.

                                                Anthony Paronich
                                                Applicant