Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
Oliver Law Center, Inc.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855) 384-3262
Facsimile: (888) 570-2021

Local Counsel for Plaintiff and
the proposed Class

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER DUFFY, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON WIRELESS SERVICES, LLC<br><br>Defendant. | Civil Case No.: 2:25-cv-09024-AH-SK<br><br>CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT [47 U.S.C. §227(b)(1)(A)(iii)]<br><br>JURY TRIAL DEMANDED |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

The plaintiff files this Notice of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees.

Date: December 3, 2025

/s/ *Dana J. Oliver*
Dana J. Oliver, Esq. (SBN: 291082)
Oliver Law Center, Inc.

1