Name and address:
Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER DUFFY, on behalf of himself and others similarly situated<br><br>v.<br><br>VERIZON WIRELESS SERVICES, LLC<br><br>Plaintiff(s) / Defendant(s) | CASE NUMBER<br>2:25-cv-09024-AH-SKx<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [16]** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Paronich, Anthony I.    of    Paronich Law, P.C.
*Applicant's Name (Last Name, First Name & Middle Initial)*    350 Lincoln Street, Suite 2400
(617) 485-0018    Hingham, MA 02043
*Telephone Number*  *Fax Number*
anthony@paronichlaw.com
*E-Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
PETER DUFFY

[X] Plaintiff(s)  [ ] Defendant(s)  [ ] Other: _____

*Name(s) of Party(ies) Represented*
**and designating as Local Counsel**

Oliver, Dana J.    of    OLIVER LAW CENTER, INC.
*Designee's Name (Last Name, First Name & Middle Initial)*    8780 19th Street #559
291082    855-384-3262    888-570-2021    Rancho Cucamonga, CA 91701
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
dana@danaoliverlaw.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[X] **GRANTED.**
[ ] **DENIED:** [ ] for failure to pay the required fee.
   [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   [ ] for failure to complete Application: _____
   [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
   [ ] because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: [ ] be refunded  [X] not be refunded.

Dated    DECEMBER 5, 2025            /s/ AnnMarie Hwang
                                     U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1